IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ISAAC HUDSON, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-560 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Petitioner, Isaac Hudson, Jr., a prisoner confined at the Polusnky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se,* filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the petition be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (docket entry no. 4).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.  A Final Judgment will be entered in

---

[1] The Report and Recommendation was originally filed on April 1, 2020 (docket entry no. 4).  Receiving no Acknowledgment Card, the Court re-mailed the Report and Recommendation on May 18, 2020 as petitioner was transferred from the Orange County Jail to the Polunsky Unit. An Acknowledgment Card was returned unsigned on June 18, 2020 (docket entry no. 5) with the notation that petitioner either refused or was unable to sign.  The Mail Room, however, signed and confirmed the Report and Recommendation was delivered to petitioner on May 29, 2020.  *Id*.

accordance with the recommendations of the Magistrate Judge.

**SIGNED** this the 13 day of **October, 2020.**

_____
Thad Heartfield
United States District Judge